IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMIE SHAW, *as Administrator of the Estate of Robert Eric Clark, deceased,*

Plaintiff,

v.

AMERICAN COAL COMPANY, ATLAS MINING & CONSTRUCTION USA, LLC, and UNITED STATES OF AMERICA, DEPT. OF LABOR,

Defendants.

Case No. 16-cv-1196 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 2, 2019**   MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray**
**Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**